UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BAPTISTA, | * |
| Petitioner, | * |
| v. | * Civil Action No. 11-11193-JLT |
| HARFORD COUNTY FAMILY COURT CHILD PROTECTIVE SERVICES, | * |
| Respondent. | * |

ORDER

July 19, 2011

TAURO, J.

This court hereby orders that Petitioner's <u>Verified Complaint and Motions for Temporary Restraining Order</u> [#2] is DENIED because this court lacks jurisdiction. Under the <u>Younger</u>[1] and <u>Rooker</u>-<u>Feldman</u>[2] abstention doctrines, this court must refrain from exercising jurisdiction over Petitioner's action. Any action by this court would directly interfere with the ongoing proceedings of the Bristol County Probate and Family Court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] The <u>Younger</u> doctrine provides that federal courts shall in most cases abstain from interjecting in an action if federal-court involvement would be disruptive to an ongoing state-court proceeding. <u>See</u> <u>Younger v. Harris</u>, 401 U.S. 37, 46 (1971); <u>Rossi v. Gemma</u>, 489 F.3d 26, 34 (1st Cir. 2007).

[2] The <u>Rooker</u>-<u>Feldman</u> doctrine "limits jurisdiction of the lower federal courts to hear attacks on state court determinations" in the context of domestic relations issues. <u>Cimini v. Commonwealth</u>, No. 11-10211, U.S. Dist. LEXIS 56478, at *17 (D. Mass. May 25, 2011).